In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ABRAHAM PINDEK, an Attorney and Counselor at Law.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion.   Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

McGARRY CONTRACTING Co., INC., Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

ANTHONY MERCANTE, Respondent, v. HYGRADE FOOD PRODUCTS CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied.   Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

ISADORE RANKELL, as Administrator, etc., of MILTON RANKELL, Deceased, and ISADORE RANKELL, Appellants, v. BARNEY F. KILIMON, Respondent.— Motion for reargument withdrawn.   Motion for leave to appeal to the Court of Appeals denied.   Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

WILLIAM SCHAFFER, SR., Respondent, v. THE NORTHEAST COMPANY, INC., Appellant.— Motion to strike out undertaking on appeal denied, without costs. The undertaking furnished complies with the statute and is sufficient.   (Civ. Prac. Act, § 594; Hotop v. Maryland Casualty Co., 274 N. Y. 327.)   In so far as plaintiff, on defendant's appeal to this court, may ask that the jury's verdict be reinstated, plaintiff is in the position of an appellant prosecuting a cross-appeal.   Defendant is not required to post a bond to protect plaintiff on his cross-appeal.   Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.